No. 92–730. INSURANCE COMPANY OF NORTH AMERICA v. UNITED STATES DEPARTMENT OF LABOR, OFFICE OF WORKERS'

COMPENSATION PROGRAMS, ET AL., 507 U. S. 909. Motion of respondent Freelove Peterson for award of attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Second Circuit.